# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ray, J. Thomas | 2. Court or Organization<br><br>U. S. District Court - ED AR | 3. Date of Report<br><br>05/03/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Magis. Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol, Room D 144<br>Little Rock, AR 72201 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Rollover IRA |
| 2. Trustee | IRA #1 |
| 3. Trustee | Inherited IRA |
| 4. Trustee | IRA # 2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Abbvie C.S. | B | Dividend | L | T | | | | | |
| 2. Adobe C.S. | | None | K | T | Buy | 03/12/20 | L | | |
| 3. Agios C.S. | | None | K | T | | | | | |
| 4. Alibaba ADR | | None | L | T | Buy<br>(add'l) | 12/24/20 | K | | |
| 5. Alphabet Inc (Cl A) C.S. | | None | L | T | | | | | |
| 6. Amazon C.S. | | None | M | T | Buy<br>(add'l) | 11/02/20 | L | | |
| 7. Amgen | C | Dividend | M | T | | | | | |
| 8. Aspen Technologies C.S. | | None | J | T | Buy | 02/24/20 | J | | |
| 9. Bank of America C.S. | B | Dividend | L | T | | | | | |
| 10. Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 11. Baidu ADR | | None | | | Sold | 04/08/20 | K | C | |
| 12. Biomarin C.S. | | None | L | T | | | | | |
| 13. Boeing Co. C.S. | | None | M | T | Buy | 10/13/20 | M | | |
| 14. Bristol Meyers C.S. | B | Dividend | L | T | | | | | |
| 15. Broadcom Inc. C.S. | B | Dividend | L | T | Buy | 03/16/20 | K | | |
| 16. Chevron C.S. | D | Dividend | L | T | | | | | |
| 17. Conoco Phillips C.S. | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. CVS Healthcorp. C.S. | A | Dividend | K | T | | | | | |
| 19. Diamondback Energy C.S. | | None | | | Sold | 01/09/20 | K | C | |
| 20. Dupont C.S. | A | Dividend | | | Sold | 07/23/20 | K | C | |
| 21. Eli Lilly C.S. | D | Dividend | N | T | | | | | |
| 22. Enterprise Products Partners L.P. | D | Dividend | L | T | | | | | |
| 23. Exxon Mobil Corp. C.S. | D | Dividend | L | T | | | | | |
| 24. Energy Transfer L.P. | A | Dividend | K | T | Buy | 07/08/20 | K | | |
| 25. Gilead, C.S. | D | Dividend | N | T | | | | | |
| 26. Illumina C.S. | | None | | | Sold | 11/02/20 | K | B | |
| 27. Intel C.S. | B | Dividend | L | T | | | | | |
| 28. J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 29. Johnson & Johnson C.S. | D | Dividend | M | T | | | | | |
| 30. L3 Harris Tech. C.S. | A | Dividend | K | T | Buy | 07/08/20 | K | | |
| 31. Lockheed Martin C.S. | B | Dividend | K | T | Buy | 07/09/20 | K | | |
| 32. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 33. Microsoft C.S. | A | Dividend | K | T | | | | | |
| 34. Nike C.S. | A | Dividend | L | T | Buy | 03/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Palo Alto Networks | | None | K | T | Buy | 03/09/20 | J | | |
| 36. Pfizer Inc. C.S. | C | Dividend | M | T | | | | | |
| 37. Phillips 66 C.S. | A | Dividend | K | T | | | | | |
| 38. Philllips 66 Partners C.S. | A | Dividend | | | Sold | 01/03/20 | K | D | |
| 39. Qorvo, Inc. C.S. | | None | | | Sold | 01/08/20 | J | D | |
| 40. Regeneron Inc. C.S. | | None | M | T | | | | | |
| 41. Sanofi Aventis C.S. | A | Dividend | | | Sold | 07/28/20 | L | E | |
| 42. Skyworks Solutions C.S. | A | Dividend | K | T | | | | | |
| 43. Tencent Holdings | A | Dividend | K | T | Buy | 12/28/20 | K | | |
| 44. Uniqure N.V. | | None | K | T | Buy | 12/21/20 | K | | |
| 45. Valero Energy C.S. | C | Dividend | L | T | | | | | |
| 46. Vertex Pharm. C.S. | | None | L | T | Buy | 10/26/20 | L | | |
| 47. Wells Fargo C.S. | A | Dividend | K | T | | | | | |
| 48. Zscaler Inc. C.S. | | None | | | Sold | 05/26/20 | J | D | |
| 49. Charles Schwab Money Market (Cash Equivalents) | A | Interest | M | T | | | | | |
| 50. | | | | | | | | | |
| 51. ORI/Acadia & Ver. Par., LA; McGowan Inc.; Zachry Exploration | E | Royalty | N | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | L | W | | | | | |
| 53. | W/I; Acadia & Vermillion Par., LA; McGowan Inc. | D | Royalty | N | W | | | | | |
| 54. | ORI/Acadia Par., LA; Zachry Eploraton | B | Royalty | N | W | | | | | |
| 55. | | | | | | | | | | |
| 56. | Investment Property (Pulaski County, AR) (See Section VIII) | | None | O | W | | | | | |
| 57. | | | | | | | | | | |
| 58. | Rollover IRA | | | | | | | | | |
| 59. | Charles Schwab Money Market (Cash Equivalents) | B | Interest | K | T | | | | | |
| 60. | Adobe C.S. | | None | M | T | Buy | 03/12/20 | L | | |
| 61. | Agios C.S. | | None | K | T | | | | | |
| 62. | Alibaba ADR | | None | L | T | Buy (add'l) | 12/24/20 | K | | |
| 63. | Alphabet (Class A) C.S. | | None | L | T | | | | | |
| 64. | Amazon C.S. | | None | M | T | | | | | |
| 65. | Applied Materials C.S. | A | Dividend | L | T | | | | | |
| 66. | Amgen C.S. | D | Dividend | M | T | | | | | |
| 67. | Aspen Technologies | | None | K | T | Buy | 02/27/20 | K | | |
| 68. | Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Biomarin C.S. | | None | L | T | | | | | |
| 70. Boeing C.S. | | None | M | T | Buy | 07/29/20 | M | | |
| 71. Bristol Myers Squibb C.S. | B | Dividend | K | T | Buy | 11/10/20 | K | | |
| 72. Broadcom C.S. | B | Dividend | L | T | Buy | 03/18/20 | K | | |
| 73. Chevron C.S. | A | Dividend | | | Sold | 04/30/20 | L | D | |
| 74. Conoco Phillips C.S. | B | Dividend | K | T | | | | | |
| 75. Diamondback Energy C.S. | B | Dividend | K | T | | | | | |
| 76. Dow C.S. | A | Dividend | | | Sold | 07/23/20 | K | E | |
| 77. Energy Transfer L.P. | C | Dividend | K | T | | | | | |
| 78. Enterprise Products Partners L.P. | D | Dividend | K | T | | | | | |
| 79. EOG Resources Inc. C.S. | A | Dividend | K | T | | | | | |
| 80. Gilead Sciences Inc. C.S. | D | Dividend | M | T | | | | | |
| 81. Illumina C.S. | | None | L | T | | | | | |
| 82. Intel C.S. | B | Dividend | K | T | | | | | |
| 83. J.P. Morgan C.S. | B | Dividend | L | T | | | | | |
| 84. Johnson & Johnson C.S. | B | Dividend | L | T | | | | | |
| 85. Lumentum C.S. | | None | | | Sold | 02/12/20 | K | D | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Lockheed Martin C.S. | B | Dividend | K | T | Buy | 07/09/20 | K | | |
| 87. Merck & Co. Inc. C.S. | B | Dividend | K | T | | | | | |
| 88. Microsoft C.S. | A | Dividend | M | T | Buy<br>(add'l) | 02/25/20 | K | | |
| 89. Palo Alto Networks C.S. | | None | L | T | Buy | 03/12/20 | K | | |
| 90. Pfizer Inc. C.S. | A | Dividend | | | Sold | 03/23/20 | K | A | |
| 91. Pioneer Natural Resources C.S. | A | Dividend | | | Sold | 02/28/20 | K | | |
| 92. Raytheon Technologies C.S. | A | Dividend | K | T | Buy | 04/04/20 | K | | |
| 93. Regeneron C.S. | | None | M | T | | | | | |
| 94. Stryker C.S. | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 95. Tencent Holdings | A | Dividend | K | T | Buy | 12/28/20 | K | | |
| 96. Uniqure N.V. | | None | K | T | Buy | 12/23/20 | K | | |
| 97. Vertex Pharma. C.S. | | None | M | T | Buy | 11/02/20 | M | | |
| 98. Zscaler C.S. | | None | | | Sold | 05/26/20 | K | D | |
| 99. | | | | | | | | | |
| 100. IRA #1 | | | | | | | | | |
| 101. Adobe C.S. | | None | K | T | Buy | 03/12/20 | J | | |
| 102. Alibaba ADR. | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Amgen Inc. C.S. | B | Dividend | K | T | | | | | |
| 104. Aspen Technology Inc. C.S. | | None | J | T | Buy | 02/25/20 | J | | |
| 105. Berkshire Hathaway (B) C.S. | | None | L | T | | | | | |
| 106. Biomarin C.S. | | None | K | T | | | | | |
| 107. Boeing | | None | K | T | Buy | 03/05/20 | K | | |
| 108. Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 109. Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |
| 110. J.P. Morgan Chase C.S. | A | Dividend | K | T | | | | | |
| 111. Merck C.S. | A | Dividend | J | T | | | | | |
| 112. Palo Alto Networks | | None | K | T | Buy | 03/12/20 | J | | |
| 113. Pioneer Natural Resources C.S. | A | Dividend | J | T | | | | | |
| 114. Regeneron C.S. | | None | K | T | Buy | 07/08/20 | K | | |
| 115. Uniqure N.V. | | None | J | T | Buy | 09/23/20 | J | | |
| 116. Vertex Pharma. C.S. | | None | K | T | Buy | 10/20/20 | K | | |
| 117. Charles Schwab Money Market (Cash Equivalents) | A | Interest | L | T | | | | | |
| 118. | | | | | | | | | |
| 119. Inherited IRA | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Agios C.S. | | None | | | Sold | 10/23/20 | J | B | |
| 121.  Alibaba | | None | K | T | | | | | |
| 122.  Berkshire Hathaway C.S. | | None | K | T | | | | | |
| 123.  BioMarin Pharma. C.S. | | None | J | T | Buy | 08/24/20 | J | | |
| 124.  Boeing C.S. | | None | K | T | Buy | 03/05/20 | K | | |
| 125.  Chevron C.S. | A | Dividend | | | Sold | 05/01/20 | J | A | |
| 126.  Gilead Science Inc. C.S. | A | Dividend | J | T | | | | | |
| 127.  Merck C.S. | A | Dividend | J | T | | | | | |
| 128.  Microsoft C.S. | A | Dividend | K | T | Buy | 03/06/20 | J | | |
| 129.  Nike C.S. | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 130.  Palo Alto Networks C.S. | | None | K | T | Buy | 03/11/20 | J | | |
| 131.  Regeneron C.S. | | None | J | T | Buy | 12/24/20 | J | | |
| 132.  Tencent Holdings | A | Dividend | J | T | Buy | 12/28/20 | J | | |
| 133.  Uniqure N.V. | | None | J | T | Buy | 12/21/20 | J | | |
| 134.  Charles Schwab Money Market (Cash Equivalents) | A | Interest | K | T | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  IRA #2 | | | | | | | | | |
| 138.  Adobe C.S. | | None | L | T | Buy | 03/12/20 | J | | |
| 139.  Agios Pharma. C.S. | | None | J | T | Buy | 12/10/20 | J | | |
| 140.  Alibaba ADR | | None | K | T | | | | | |
| 141.  Amgen Inc. C.S. | B | Dividend | L | T | | | | | |
| 142.  Aspen Technologies C.S. | | None | J | T | Buy | 02/25/20 | J | | |
| 143.  Berkshire Hathaway (B) C.S. | | None | K | T | | | | | |
| 144.  BioMarin Pharma. C.S. | | None | K | T | | | | | |
| 145.  Boeing C.S. | | None | J | T | Buy | 12/27/20 | J | | |
| 146.  Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 147.  Merck C.S. | A | Dividend | K | T | | | | | |
| 148.  Microsoft C.S. | A | Dividend | L | T | Buy (add'l) | 02/27/20 | K | | |
| 149.  Pfizer Inc. C.S. | A | Dividend | J | T | | | | | |
| 150.  Pioneer Natural Resources C.S. | A | Dividend | | | Sold | 01/08/20 | K | D | |
| 151.  Regeneron Pharma. C.S. | | None | K | T | | | | | |
| 152.  Stryker C.S. | A | Dividend | J | T | Buy | 03/06/20 | K | | |
| 153.  Unique N.V. | | None | J | T | Buy | 09/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, J. Thomas** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Vertex Pharma. C.S. | | None | K | T | Buy | 10/21/20 | K | | |
| 155. Zscaler Inc. C.S. | | None | | | Sold | 05/26/20 | K | C | |
| 156. Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 157. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ J. Thomas Ray**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544